```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

AMBROSE O. ESOGBUE                         CIVIL ACTION

VERSUS                                     NO: 07-6843

DEPARTMENT OF HOMELAND                     SECTION: R(5)
SECURITY, ET AL.
```

**ORDER**

Before the Court is defendants' motion to dismiss plaintiffs claim brought under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680. Plaintiff is a Nigerian citizen and was detained as an illegal alien by the Bureau of Immigration and Customs Enforcement at the Plaquemines Parish Detention Center at the time of Hurricane Katrina. Plaintiff claims that when he was transferred to a different facility before the storm, he was not allowed to take any of his belongings with him, except for certain legal documents, and lost all of his possessions as a result of the storm. The Court referred this matter to the Magistrate Judge for the preparation of a Report and

Recommendation under 28 U.S.C. § 636(b)(1)(B), (C). The magistrate judge recommends granting defendant's motion for summary judgment. Plaintiff has been deported, and he filed an opposition to the magistrate judge's Report and Recommendation from Nigeria. The Court, having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

   Accordingly, the Court GRANTS summary judgment in favor of the defendant.

   New Orleans, Louisiana, this 18th day of March 2008.

                    _____
                           Sarah Vance
                       SARAH S. VANCE
                  UNITED STATES DISTRICT JUDGE